UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:

A-1 BAGELS, INC.   Case No.: 07-16586-BKC-JKO
                   Chapter 7

    Debtor.
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The Trustee has a balance of $_____ remaining in the Trustee's account Which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. § 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The Trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( X ) The Trustee has a balance of $ 4.12 remaining in the Trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the Trustee hereby gives notice that the above states sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: December 14, 2010.

                        Leslie S. Osborne/CHAPTER 7 TRUSTEE
                        1300 N. Federal Hwy #203
                        Boca Raton FL 33432
                        Telephone: (561) 368-2200
                        Facsimile: (561) 338-0350
                        Leslie S. Osborne, Trustee
                        Fla. Bar No.: 082319

| Claim No.: | Claimant Name: | Claimant Address: | Amount: |
|---|---|---|---|
| 4 | BROWARD COUNTY, DEPT.OF FINANCE | REVENUE COLLECTION DIVISION GOVERNMENTAL CENTER ANNEX 1 15 S ANDREWS AVENUE FT. LAUDERDALE, FL. 33301 | $45.00 |